**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Willie E. POLITE, Petitioner**

**No. 363 EAL 2017**

Supreme Court of Pennsylvania.

December 20, 2017

## ORDER

PER CURIAM

**AND NOW,** this 20th day of December, 2017, the Petition for Allowance of Appeal and Motion for Leave to Supplement are **DENIED.**

**COMMONWEALTH of Pennsylvania,**
Respondent

v.

**Keith ALEXANDER, Petitioner**

**No. 364 EAL 2017**

Supreme Court of Pennsylvania.

December 20, 2017

## ORDER

PER CURIAM

**AND NOW,** this 20th day of December, 2017, the Application to Amend the Petition for Allowance of Appeal is **GRANTED** and Permission to Amend Letter and the Petition for Allowance of Appeal are **DENIED.**

**Daniel ANGELUCCI, Petitioner**

v.

**PENNSYLVANIA LABOR RELATIONS BOARD,**
Respondent

**No. 294 EAL 2017**

Supreme Court of Pennsylvania.

December 20, 2017

## ORDER

PER CURIAM

**AND NOW,** this 20th day of December, 2017, the Petition for Allowance of Appeal is **DENIED.**